Pro Se 1 2016

FILED ___ LODGED ___ RECEIVED
AUG 27 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Prelest D. Smith
_____
_____,
            Plaintiff(s),
     v.
Tacoma Police Dept
officer #schillens
_____,
            Defendant(s).

CASE NO. 3:21-cv-05624-BHS
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☒ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

   *Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

   Name               Prelest D. Smith
   Street Address     826 St. Helens ave #301
   City and County    Tacoma, WA
   State and Zip Code 98402
   Telephone Number   (213) 644-0347

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

B.   Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

- Name: Officer Schillen's
- Job or Title (if known): Tacoma Police Dept
- Street Address:
- City and County: Tacoma, WA
- State and Zip Code:
- Telephone Number:

Defendant No. 2

- Name: Tacoma Police Dept
- Job or Title (if known):
- Street Address:
- City and County: Tacoma WA
- State and Zip Code:
- Telephone Number:

Defendant No. 3

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2016*

1      Defendant No. 4

2         Name     _____

3         Job or Title *(if known)*     _____

         Street Address     _____

4         City and County     _____

5         State and Zip Code     _____

         Telephone Number     _____

6

7

8                         **II.**     **BASIS FOR JURISDICTION**

9      Federal courts are courts of limited jurisdiction (limited power). Generally, only two

10 types of cases can be heard in federal court: cases involving a federal question and cases

11 involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under

12 the United States Constitution or federal laws or treaties is a federal question case. Under 28

13 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and

14 the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of

15 citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16      What is the basis for federal court jurisdiction? *(check all that apply)*

17      ☐   Federal question         ☐   Diversity of citizenship

18      Fill out the paragraphs in this section that apply to this case.

19 A.    If the Basis for Jurisdiction Is a Federal Question

20      List the specific federal statutes, federal treaties, and/or provisions of the United States

21 Constitution that are at issue in this case.

22      _____

23      _____

24      _____

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2016*

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff (*name*) __Prelest Smith__, is a citizen of the State of (*name*) __Washington__.

        b.  If the plaintiff is a corporation.

The plaintiff, (*name*) __Prelest Smith__, is incorporated under the laws of the State of (*name*) __Washington__, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

(*If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.*)

    2.  The Defendant(s)

        a.  If the defendant is an individual.

The defendant, (*name*) __Officer Schillien's__, is a citizen of the State of (*name*) __Tacoma Washington__. Or is a citizen of (*foreign nation*) _____.

        b.  If the defendant is a corporation.

The defendant, (*name*) __Tacoma Police Dept__, is incorporated under the laws of the State of (*name*) __Washington__, and has its principal place of business in the State of (*name*) _____.

Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*) _____.

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2016*

1.     3.     The Amount in Controversy.

2. The amount in controversy-the amount the plaintiff claims the defendant owes or the

3. amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

I can not go anywhere and get a Job I'm told there not hire our you need experance. They hve seen the paper and people take picturs of me no one will hire me because of this officer not being truthful

### III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

this office has jeapordize my life my living my children he has made my life hell. I someone will hure my side. The Jail took a U.A. fro me me no meth in my U.A.

### IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

I am asking for the damage this has put me i my kids through I am asking for over 1 million

### V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

1 | purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
2 | (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or
3 | reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
4 | identified, will likely have evidentiary support after a reasonable opportunity for further
5 | investigation or discovery; and (4) the complaint otherwise complies with the requirements of
6 | Rule 11.
7 | I agree to provide the Clerk's Office with any changes to my address where case-related
8 | papers may be served. I understand that my failure to keep a current address on file with the
9 | Clerk's Office may result in the dismissal of my case.

10 | Date of signing: 8/27/21
11 | Signature of Plaintiff: [signature]
12 | Printed Name of Plaintiff: PReiest Smith

14 | Date of signing:
15 | Signature of Plaintiff
16 | Printed Name of Plaintiff

18 | Date of signing:
19 | Signature of Plaintiff
20 | Printed Name of Plaintiff

COMPLAINT FOR A CIVIL CASE - 6

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

July 20 2021 11:56 AM

KEVIN STOCK
COUNTY CLERK

# SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| | |
|---|---|
| STATE OF WASHINGTON<br>　　　　　　　　Plaintiff,<br>　　vs.<br>PREIEST DARRIN SMITH,<br>AKA<br>　DARRIN SMITH<br>　PREIEST DARREN SMITH<br>　PREIEST DARRIN SMITH, JR<br>　PREIEST D SMITH<br>　SARRIN SMITH PRSIEST<br>　SMITH DPREIEST<br>　SMITH DPREISEST<br>　SMITH SHERMAN<br>　　　　　　　　Defendant. | CAUSE NO. 21-1-01847-3<br><br>DECLARATION FOR DETERMINATION OF PROBABLE CAUSE<br>(ADPC) |

DOB: 02/17/1973

MAUREEN C. GOODMAN declares under penalty of perjury:

That I am a deputy prosecuting attorney for Pierce County and I am familiar with the police report and/or investigation conducted by the TACOMA POLICE DEPARTMENT, incident number 2120000960;

That the police report and/or investigation provided me the following information;

That in Pierce County, Washington, on or about July 18, 2021, the defendant, PREIEST DARRIN SMITH, did commit assault in the second degree and unlawful imprisonment.

According to Officer Schillen's report, he and other officers were dispatched to investigate a reported burglary in progress. The reporting party, later identified as the defendant, had called 911 and reported that a woman had broken into his apartment and that he had handcuffed and maced her. The original call had come in an hour

DECLARATION FOR DETERMINATION
OF PROBABLE CAUSE
declaration.jasper

1 of 3

Office of the Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, WA 98402-2171
Main Office (253) 798-7400

PRIEST DARRIN SMITH--21-1-01847-3   --3647734

1  earlier and 911 had tried to call back but did not get an answer.

2

3  Upon arrival, the officers were contacted by the defendant at the front entrance. The defendant wanted the officers to go to his apartment and arrest the female. The defendant stated that he did not know the female and that he had maced her and had her handcuffed in the kitchen. When asked if the female had any other injuries, the defendant stated that she had blood on her face from him "taking her down." The officers entered the defendant's through the unlocked door and found V.D.G. in the kitchen sitting on the floor. V.D.G. had her arms behind her back and there were plastic handcuffs on her wrists. There was also a blue USB cable wrapped around both wrists. V.D.G. had a bloody nose, some bruising around her chin and both eyes were swollen. There was also bruising on her arms. Officers removed the restraints and took V.D.G. outside. Medical Aid was summoned to evaluate V.D.G.

V.D.G. reported that she did not break into the apartment and was the victim of an assault and being held hostage. V.D.G. appeared to possibly be under the influence of a substance or having a mental state issue. V.D.G. stated that she was in Lakewood and attempting to prostitute herself when the defendant picked her up and took her to his apartment. They did not have sex but smoked methamphetamine during the night and into the morning hours. At one point, V.D.G. attempted to leave through the front door but the defendant prevented her from leaving. The defendant accused her of stealing methamphetamine and was beaten and tied up over the course of a couple of hours. V.D.G. stated that the defendant punched her multiple times and maced her. She was tied up twice. Medical Aid reported that V.D.G. may have a broken nose and transported her to the hospital for evaluation.

The defendant reported that he returned home at approximately 12:30 and entered his apartment. The defendant stated he heard sounds and then found V.D.G. in his bedroom looking for things. The defendant stated that he pepper sprayed V.D.G. in the face and put her on the bed. The defendant stated that he put the plastic handcuffs on V.D.G. and also used the USB cord as the handcuffs were fake. The defendant then opened the windows and got a wet towel for V.D.G.'s face. The defendant stated he unlocked his door with a key when he returned. The apartment complex entrances are only accessible with a key card and there was no damage to the defendant's door. The defendant stated that anyone could gain access using a crowbar to pry open the deadbolt lock. When asked about the significant injuries to V.D.G.'s face, the defendant stated that the injuries were already there and he did not cause them. When told of V.D.G.'s allegations, the defendant stated she was lying and that he was in Seattle all night with friends and family but would not provide any name to contact for verification. The defendant was arrested and a search of his person revealed a baggie containing suspected methamphetamine. The defendant stated it was not his and he did not know how it had come to be in his possession.

DECLARATION FOR DETERMINATION
OF PROBABLE CAUSE
declaration.jasper

2 of 3

Office of the Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, WA 98402-2171
Main Office (253) 798-7400

PREIEST DARRIN SMITH--21-1-01847-3   --3647734

1 | I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.
2 | DATED: July 20, 2021.
3 | PLACE: TACOMA, WA

/s/ MAUREEN C. GOODMAN
MAUREEN C. GOODMAN, WSB# 34012
Deputy Prosecuting Attorney

DECLARATION FOR DETERMINATION
OF PROBABLE CAUSE
declaration.jasper

3 of 3

Office of the Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, WA 98402-2171
Main Office (253) 798-7400